# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE ESTATE OF MARQUETTE F. CUMMINGS, JR.** and **ANGELA GAINES,** | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 2:15-cv-02274-JEO<br>) |
| **CARTER DAVENPORT, in his official and individual capacities,** | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

The court has learned that this matter has been settled. Accordingly, this case is hereby **DISMISSED without prejudice**. The parties will have thirty days from the date of this order to submit a stipulation of dismissal pursuant to Fed. R. Civ. P. 41.

**DATED**, this 28th day of January, 2020.

*John E. Ott*

**JOHN E. OTT**
Chief United States Magistrate Judge